**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **A & J Hospitality Corporation** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Eco Caters**<br>**DBA EcoCaters** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4541956** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**990 Maine Avenue SW**<br>**Washington, DC 20024**<br>Number, Street, City, State & ZIP Code<br>**Dist. of Columbia**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.ecocaters.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **A & J Hospitality Corporation** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7223**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **A & J Hospitality Corporation** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **ARLS, LLC** | Relationship | **Affiliate** |
| District | **District of the District of Columbia** | When **9/04/26** | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **A & J Hospitality Corporation** Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **A & J Hospitality Corporation**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2026**
MM / DD / YYYY

*X* **/s/ Robert Daryl Wood**
Signature of authorized representative of debtor

**Robert Daryl Wood**
Printed name

Title **CEO**

**18. Signature of attorney**

*X* **/s/ Brent C. Strickland**
Signature of attorney for debtor

Date **September 4, 2026**
MM / DD / YYYY

**Brent C. Strickland**
Printed name

**Whiteford, Taylor & Preston L.L.P.**
Firm name

**8830 Stanford Boulevard**
**Suite 400**
**Columbia, MD 21045**
Number, Street, City, State & ZIP Code

Contact phone **(410) 347-9402** Email address **bstrickland@whitefordlaw.com**

**452880 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **A & J Hospitality Corporation**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2026**

*X* **/s/ Robert Daryl Wood**
Signature of individual signing on behalf of debtor

**Robert Daryl Wood**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **A & J Hospitality Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acme Paper & Supply Co. Inc.<br>PO Box 422<br>Savage, MD 20763-0422** | | **Trade debt** | | | | **$15,181.06** |
| **Baldor Specialty Foods Inc.<br>155 Food Center Drive<br>Bronx, NY 10474** | | **Trade debt** | | | | **$8,501.49** |
| **Bank of America<br>475 Cross Point Pkwy<br>PO Box 9000<br>Getzville, NY 14068-9000** | | **Loan debt** | | | | **$12,375.76** |
| **Bill.com<br>Cross River Bank<br>c/o DivvyPay, LLC<br>13707 S 200 W Suite 100<br>Draper, UT 84020** | | **Credit card debt** | | | | **$56,115.48** |
| **Capytal.com<br>333 W. Commercial Street, Suite 324<br>East Rochester, NY 14445** | | **Loan Debt; Certain personal property** | | **$88,782.00** | **$0.00** | **$88,782.00** |
| **CHASE CARD SERVICES<br>P.O. Box 15298<br>Wilmington, DE 19850** | | **Credit card debt** | | | | **$9,518.29** |
| **District of Columbia Office of Tax-Rev<br>1101 4th St SW<br>Washington, DC 20024** | | **DC Sales Tax (A&J)** | | | | **$95,686.00** |

Debtor **A & J Hospitality Corporation**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DLY 2221 Adams Unit B LLC<br>c/o DLY Realty<br>PO Box 70683<br>Bethesda, MD 20813** | | **Lessor debt** | | | | **$11,897.76** |
| **Emerald Group Holdings LLC dba VitalCap<br>48 Wall Street, 10th Floor<br>New York, NY 10005** | | **Loan debt; Certain personal property** | | **$87,307.66** | **$0.00** | **$87,307.66** |
| **Holly Funding LLC<br>10800 Biscayne Blvd, Suite 630<br>Miami, FL 33161** | | **Loan debt; Certain personal property** | | **$97,800.00** | **$0.00** | **$97,800.00** |
| **IOU Central Inc.<br>600 TownPark Lane, Suite 100<br>Kennesaw, GA 30144** | | **Loan debt** | | | | **$171,782.83** |
| **LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225** | | **Loan debt** | | | | **$98,125.00** |
| **ODK Capital, LLC (aka On Deck)<br>OnDeck Client Service<br>4700 W. Daybreak Pkwy, Suite 200<br>South Jordan, UT 84009** | | **Loan debt** | | | | **$64,862.61** |
| **RLF-Laurel Processing<br>c/o Select Event Group,<br>8610 Cherry Ln<br>Laurel, MD 20707** | | **Trade debt** | | | | **$53,608.38** |
| **U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416** | | **Loan debt** | | | | **$463,680.48** |
| **United First, LLC (dba United First Capital Experts)<br>2999 NE 191st Street, Unit 901<br>Miami, FL 33180** | | **Loan debt** | | | | **$154,000.00** |

Debtor **A & J Hospitality Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Foods, Inc.**<br>**9399 W. Higgins Rd, Ste 500**<br>**Des Plaines, IL 60018** | | **Trade debt** | | | | **$27,800.26** |
| **WebBank (aka Intuit)**<br>**215 South State Street, Suite 1000**<br>**Salt Lake City, UT 84111** | | **Loan debt** | | | | **$51,971.49** |
| **WebFunder LLC**<br>**5150 Tamiami Trail N, Suite 302**<br>**Naples, FL 34103** | | **Loan debt** | | | | **$11,400.00** |
| **WebFunder LLC**<br>**5150 Tamiami Trail N, Suite 302**<br>**Naples, FL 34103** | | **Loan debt** | | | | **$92,600.00** |

# United States Bankruptcy Court
## District of District of Columbia

In re **A & J Hospitality Corporation** Case No. ______

Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wood Cooks LLC**<br>**1537 North Carolina Ave NE**<br>**Washington, DC 20002** | | **100%** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 4, 2026** Signature **/s/ Robert Daryl Wood**

**Robert Daryl Wood**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1WestFinance
368 9th Ave, FL 6
New York, NY 10001-1606

Acme Paper & Supply Co. Inc.
PO Box 422
Savage, MD 20763-0422

Alderton Capital LLC
401 E Las Olas Blvd, Suite 130-438
Fort Lauderdale, FL 33301

American Express (Blue Plus)
PO Box 981535
El Paso, TX 79998-1535

American Express (Business Platinum)
PO Box 981535
El Paso, TX 79998-1535

American Pest Management, Inc.
11820 West Market Place
Fulton, MD 20759

ARLS, LLC
990 Maine Ave SW
Washington, DC 20024

Baguette Republic
43766 Trade Center Place, Suite 105
Sterling, VA 20166

Baldor Specialty Foods Inc.
155 Food Center Drive
Bronx, NY 10474

Bank of America
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Beltway Office Solutions
7172 Columbia Gateway Dr. Suite A
Columbia, MD 21046-2992

Big Valley Produce, Inc.
1306-1308 5th St NE
Washington, DC 20002

Bill.com
Cross River Bank
c/o DivvyPay, LLC
13707 S 200 W Suite 100
Draper, UT 84020

Burchell Law PLLC
1320 G St. SE
Washington, DC 20003

Capytal.com
333 W. Commercial Street, Suite 324
East Rochester, NY 14445

Caterease
Horizon Business Services, Inc.,
801 Orchid Drive
Naples, FL 34102

Celtic Bank LLC (Bluevine LOC)
268 S. State Street, Suite 300
Salt Lake City, UT 84111-5202

CHASE CARD SERVICES
P.O. Box 15298
Wilmington, DE 19850

CHTD Company
PO Box 2576
Springfield, IL 62708

Citizens - Business
PO Box 18290
Bridgeport, CT 06601-8290

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Cozzini Bros., Inc.
8430 W Bryn Mawr Ave, Suite 800
Chicago, IL 60631

CT Corporation System
PO Box 29071
Glendale, CA 91209-9071

CT Corporation System (Lien Solutions)
Attn SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203

CT Corporation System, as representative
Attn SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Culinary Concierge LLC
2221 Adams Place NE, Suite B
Washington, DC 20018

Delta Produce LLC
5001 Forbes Blvd, Suite D
Lanham, MD 20706

District of Columbia Office of Tax-Rev
1101 4th St SW
Washington, DC 20024

DLY 2221 Adams Unit B LLC
c/o DLY Realty
PO Box 70683
Bethesda, MD 20813

DLY 2221 Adams Unit B LLC
c/o DLY Realty (subsid. of Marx Realty)
PO Box 70683
Bethesda, MD 20813

DMKA LLC
(dba Smarter Merchant)
110 West 25th Street
New York, NY 10001

Ecolab, Inc.
1 Ecolab Place
Saint Paul, MN 55102-2233

Emerald Group Holdings LLC dba VitalCap
48 Wall Street, 10th Floor
New York, NY 10005

Expansion Capital Group LLC
5801 S. Corporate Place
Sioux Falls, SD 57108

General Merchandise Supplies Unlimited
(GMSU)
2221 Adams Pl NE
Washington, DC 20018

Global Cash Merchant, Inc.
(dba Wall Street Funding)
64 Beaver Street, Suite 415
New York, NY 10004

Holly Funding LLC
10800 Biscayne Blvd, Suite 630
Miami, FL 33161

Holly Funding LLC
Attn: Ariel Bouskila, Esq.
Berkovich & Bouskila, PLLC
1545 US 202 Suite 101
Pomona, NY 10970

Horizon Business Services, Inc.
801 Orchid Drive
Naples, FL 34102

HRN Services LLC
Thamesmeade Road
Laurel, MD 20723

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Gourmet Foods, Inc.
7520 Fullerton Rd
Springfield, VA 22153

IOU Central Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144

LEAF Capital Funding, LLC
8100 Sandpiper Circle, Suite 300
Baltimore, MD 21236

Leaf Commercial Capital Inc.
One Commerce Square
2005 Market Street 14th Floor
Philadelphia, PA 19103

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

M&T Bank - Business
M&T Bank Corporation
One M&T Plaza
Buffalo, NY 14203-2399

M&T Bank Corporation
One M&T Plaza
Buffalo, NY 14203-2399

Marx Realty LLC
10 Grand Central
155 East 44th St., 11th FL
New York, NY 10017

ODK Capital, LLC (aka On Deck)
OnDeck Client Service
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Officium LLC
5208 Central Ave SE
Washington, DC 20019

Profish LTD
1900 Fenwick St NE
Washington, DC 20002

Republic National Distributing Co.
4235 Sheriff Road NE
Washington, DC 20019

RLF-Laurel Processing
c/o Select Event Group,
8610 Cherry Ln
Laurel, MD 20707

Road Runner
105 40th Street, Suite 100
Pittsburgh, PA 15201

Robert Daryl Wood
1537 North Carolina Ave. NE
Washington, DC 20002

Rubio Construction Cleaning Services LLC
5606 Bismach Dr, Apt 202
Alexandria, VA 22312-2509

S. Freedman & Sons, Inc.
PO Box 1418
Hyattsville, MD 20785

Super FD, LLC
c/o Robert Daryl Wood
1537 North Carolina Ave. NE
Washington, DC 20002

Swing's Coffee Roasters
501 E Monroe
Alexandria, VA 22301

U.S. Bank (Business Platinum)
Cardmember Service
PO Box 6352
Fargo, ND 58125-6352

U.S. Bank (Triple Rewards)
Cardmember Service
PO Box 6352
Fargo, ND 58125-6352

U.S. Small Business Administration
409 3rd St SW
Washington, DC 20416

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

United First, LLC
(dba United First Capital Experts)
2999 NE 191st Street, Unit 901
Miami, FL 33180

US Foods, Inc.
9399 W. Higgins Rd, Ste 500
Des Plaines, IL 60018

Virginia Department of Taxation
PO Box 26627
Richmond, VA 23261

WebBank (aka Intuit)
215 South State Street, Suite 1000
Salt Lake City, UT 84111

WebFunder LLC
5150 Tamiami Trail N, Suite 302
Naples, FL 34103

# United States Bankruptcy Court
## District of District of Columbia

In re **A & J Hospitality Corporation** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A & J Hospitality Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wood Cooks LLC**
**1537 North Carolina Ave NE**
**Washington, DC 20002**

☐ None [*Check if applicable*]

**September 4, 2026**
Date

**/s/ Brent C. Strickland**
**Brent C. Strickland**
Signature of Attorney or Litigant
Counsel for **A & J Hospitality Corporation**

**Whiteford, Taylor & Preston L.L.P.**
**8830 Stanford Boulevard**
**Suite 400**
**Columbia, MD 21045**
**(410) 347-9402**
**bstrickland@whitefordlaw.com**

**United States Bankruptcy Court**
**District of District of Columbia**

In re **A & J Hospitality Corporation** Case No. ______
Debtor(s) Chapter **11**

## LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of **8** pages and a total of **67** entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: **September 4, 2026**

**/s/ Robert Daryl Wood**
**Robert Daryl Wood**/**CEO**
Signer/Title

**A & J HOSPITALITY CORPORATION**

**UNANIMOUS CONSENT AND RESOLUTION OF SOLE SHAREHOLDER**

The undersigned, being the sole shareholder (the "**Shareholder**") of A & J Hospitality Corporation, a Virginia corporation (the "**Company**"), does hereby adopt the following preamble and resolutions, and consents to the actions taken by virtue thereof, in all respects as though said preamble and resolutions were duly adopted at a special meeting of the shareholders called and held on September 4, 2026:

**WHEREAS**, the Shareholder is informed and has determined that it is desirable and in the best interest of the Company, its creditors, stockholder and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**").

**NOW, THEREFORE, BE IT RESOLVED**, that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia (the "**Bankruptcy Court**") be, and it hereby is, authorized and approved;

**BE IT FURTHER RESOLVED**, that Ben Nicholson be, and hereby is, appointed as the Chief Restructuring Officer ("**CRO**") of the Company;

**BE IT FURTHER RESOLVED**, that Robert Wood and the CRO (the "**Proper Officers**") be, and hereby are, authorized and empowered on behalf of the Company to execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as such officers shall determine;

**BE IT FURTHER RESOLVED**, that the Proper Officers be, and hereby are, authorized on behalf of the Company to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the chapter 11 case of the Company;

**BE IT FURTHER RESOLVED**, that the Proper Officers be, and hereby are, authorized to operate as the Company's designated representatives in the chapter 11 case;

**BE IT FURTHER RESOLVED**, that the Proper Officers be, and hereby are, authorized and directed on behalf of the Company to retain the law firm Whiteford, Taylor & Preston, L.L.P. to render legal services to and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as the Proper Officers shall approve;

**BE IT FURTHER RESOLVED**, that the Proper Officers be, and hereby are, authorized and directed on behalf of the Company to retain the financial advisory firm Fortis Business Advisors to assist the CRO in performing his duties as CRO of the Company;

**BE IT FURTHER RESOLVED**, that the Proper Officers be, and hereby are, authorized on behalf of the Company to retain such other professionals as the Proper Officers deem

necessary and appropriate to represent, advise, assist or consult with the Company during the chapter 11 case;

**BE IT FURTHER RESOLVED**, that the Proper Officers be, and hereby are, authorized and directed on behalf of the Company to take any and all further actions and to execute and deliver any and all further agreements, contracts, instruments and other documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in the Proper Officers' judgment shall be necessary or desirable in order to operate the Company inside the chapter 11 bankruptcy case, prosecute the chapter 11 bankruptcy case, reorganize and restructure the Company, and to otherwise fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**BE IT FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Proper Officers, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

[*Signature page follows*]

WITNESS the due execution hereof as of the date set forth above.

Robert Wood, *Manager of*
Wood Cooks LLC, *Sole Shareholder of ARLS LLC*

Robert Wood, *President / CEO of*
A & J Hospitality Corporation