**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**A & J HOSPITALITY CORPORATION, *et al.*,**<br><br>**Debtors.** [1] | **Case No. 26-00462 (ELG)**<br><br>**Chapter 11**<br>**(Joint Administration Requested)** |

**<u>MOTION TO EXPEDITE HEARING ON DEBTORS' FIRST DAY MOTIONS</u>**

The above-captioned debtors and debtors-in-possession (collectively, the "**<u>Debtors</u>**" and each a "**<u>Debtor</u>**") in the above-captioned bankruptcy cases for which joint administration has been requested (collectively, the "**<u>Bankruptcy Cases</u>**" and each a "**<u>Bankruptcy Case</u>**"), by the undersigned proposed counsel, and pursuant to Local Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "**<u>Local Rule(s)</u>**"), file this motion (the "**<u>Motion to Expedite</u>**") requesting an expedited hearing on the Debtors' multiple motions seeking immediate relief in the Bankruptcy Cases, as further listed and described herein (collectively, the "**<u>First Day Motions</u>**"). In support of the Motion to Expedite, the Debtors rely on the *Declaration of Robert Wood in Support of Chapter 11 Voluntary Petitions and First Day Relief* (the "**<u>First Day Declaration</u>**")[2]. In further support of this Motion, the Debtors respectfully state as follows:

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are A & J Hospitality Corporation (1956) and ARLS LLC (5660). The mailing address for the Debtors is 990 Maine Avenue, SW, Washington, D.C. 20024.

[2]Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the First Day Declaration.

Brent C. Strickland (Bar No. 452880)
WHITEFORD, TAYLOR & PRESTON L.L.P.
8830 Stanford Blvd., Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Email: bstrickland@whitefordlaw.com

Joshua D. Stiff (admission *pro hac vice* requested)
WHITEFORD, TAYLOR & PRESTON L.L.P.
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462
Telephone: (757) 271-9751
Email: jstiff@whitefordlaw.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

## **JURISDICTION**

1. On September 4, 2026 (the "**Petition Date**"), the Debtors commenced the Bankruptcy Cases by filing their respective voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"). The Debtors continue to manage their assets as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. As of the filing of this Motion, the subchapter V trustee (the "**Trustee**") has not yet been appointed in the Bankruptcy Cases.

3. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. To the extent that it may be determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution, the Debtor confirms its consent to the entry of a final order by the Court in connection with this Motion.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **BACKGROUND AND UNEXPIRED LEASE OF REAL PROPERTY**

5. Debtor A & J Hospitality Corporation ("**AJH**") is an event catering company serving the Washington, D.C. metropolitan community, which services include corporate and private events as well as weddings, large event and third-party vendor management, performance nutrition, and professional sports catering. Debtor ARLS LLC ("**ARLS**") is an exclusive vendor providing catering, food preparation, and retail services to The Anthem music venue located in the District Wharf in the District of Columbia. Specifically, ARLS provides artist and private event catering in addition to preparing and selling The Anthem's concessions. ARLS also operates "Frites and Greet" in conjunction with the Anthem, a french fry stand on the District

Wharf located directly outside of The Anthem.

6. A full description of the Debtor's business operations and the rationale for filing these Bankruptcy Cases is set forth in the *Declaration of Robert Wood in Support of Chapter 11 Voluntary Petitions and First Day Relief* (the "**First Day Declaration**").

## RELIEF

7. The Debtors request, pursuant to Local Rule 9013-2, that the time for filing objections should be shortened and that an expedited hearing be scheduled on the following First Day Motions filed by the Debtors for September 9, 2026, at 12:00 PM Eastern Time:

a. *Debtors' Motion for Entry of on an Order Directing Joint Administration of Chapter 11 Cases* (the "**Joint Administration Motion**");

b. *Motion of Debtors A & J Hospitality Corporation and ARLS LLC for Entry of Order Authorizing (I) Payment of Wages, Compensation and Employee Benefits, (II) Maintenance of Certain Employee Benefit Programs, and (III) Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* (the "**Wages Motion**"); and

c. *Emergency Motion of Debtors A & J Hospitality Corporation and ARLS LLC for Entry of Order Authorizing Use of Cash Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. § 363* (the "**Cash Collateral Motion**").

## BASIS FOR RELIEF

8. Local Rule 9013-2 allows the setting of a hearing on an expedited basis as requested herein. An expedited hearing on the First Day Motions is appropriate under these circumstances and is consistent with past practices in chapter 11 cases where various relief is required at the outset of the case to ensure a smooth transition into chapter 11.

9. Additionally, section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited hearing on the First Day Motions. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

10. As described more fully in the First Day Declaration, the expedited relief sought in the First Day Motions is essential: (a) to prevent substantial disruption to the normal operations of the Debtors' business; (b) to preserve the value of the Debtors' assets for the benefit of their respective bankruptcy estates, creditors, and parties-in-interest; and (c) to avoid immediate and irreparable harm to the Debtors and their estates.

## NO PRIOR REQUEST

11. No previous motion for the relief sought herein has been made to this or any other court.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, approving the relief set forth above, and granting such other and further relief as the Court deems appropriate.

Dated: September 4, 2026

Respectfully submitted,

**A & J HOSPITALITY CORPORATION, *et al.***

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
WHITEFORD, TAYLOR & PRESTON LLP
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Joshua D. Stiff (admission *pro hac vice* requested)
WHITEFORD, TAYLOR & PRESTON LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462
Phone: (757) 271-9751
Facsimile: (757) 271-9736
Email: jstiff@whitefordlaw.com

*Proposed Counsel to Debtors and*
*Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I filed a copy of the foregoing *Motion* via CM/ECF, which caused the same to be served upon all parties receiving notice thereby.

*/s/ Brent C. Strickland*
Brent C. Strickland